# UNITED STATES DISTRICT COURT

for the

FILED
ASHEVILLE, NC

Western District of North Carolina

JAN **13** 2023

Division

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Case No. 1:23-cv-00018 -MR-WCM

*(to be filled in by the Clerk's Office)*

Pakuja Crystal Vang

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☐ Yes ☐ No
☐

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pakuja Crystal Vang |
| Address | Homeless/ live in a van |

| | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | (704)810-8007 |
| E-Mail Address | crystalchax@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Catawba medical Center |
| Job or Title *(if known)* | |
| Address | 810 Fairgrove Church Rd SE |

| | City | State | Zip Code |
|---|---|---|---|
| | Hickory | Nc | 28602 |

| | |
|---|---|
| County | Catawba |
| Telephone Number | (828) 326-3000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Catawba valley family medicine claremont |
| Job or Title *(if known)* | |
| Address | 3114 W Main St |

| | City | State | Zip Code |
|---|---|---|---|
| | claremont | Nc | 28610 |

| | |
|---|---|
| County | Catawba |

Telephone Number     (828) 459-7324

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

**Defendant No. 3**

Name       Bethany medical Center

Job or Title *(if known)*

Address      503 E Parker Rd

| Morganton | Nc | 28655 |
|-----------|-----|-------|
| *City* | *State* | *Zip Code* |

County        Burke

Telephone Number     (828)437-6500

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

Name       Frye Neurology

Job or Title *(if known)*

Address      1985 Tate Blvd SE #600

| Hickory | Nc | 28602 |
|---------|-----|-------|
| *City* | *State* | *Zip Code* |

County        Catawba

Telephone Number     (828) 315-7030

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

See Attached pages for more Defendant

Defendant 5

Emergeortho
Address: 503 E Parker Rd,  Morganton, NC 28655
County: Burke
Phone number:(828) 437-6500

Defendant 6

Emergeortho Physical Therapy
Address:   2165 Medical Park Dr, Hickory, NC 28602
County: Catawba
Phone number:  (828) 324-2800

Defendant 7
Lincoln Financial Group
Address: 13830 Ballantyne Corporate Place Suite 400  Charlotte, NC 28277
County: Mecklenburg
Phone number: 1-877-275-5462

Defendant 8
6/3/2021
Novant Health Matthews Medical Center
Address: 15033 Ballancroft Pkwy #200, Charlotte, NC 28277
County: Mecklenburg
Phone number: (704) 316-2920

Defendant 9
Carolina EMG Specialists-
Address: 1899 Tate Blvd SE #2108, Hickory, NC 28602
County: Catawba
Phone number: (828) 327-6500

Defendant 10
Lincoln internal medicine
Address: 607 S. Generals Blvd. Lincolnton NC 28092.
County: Gaston
Phone number: (704)736-918

Defendant 11
Cones internal medicine
Address:Ground Floor - Moses Cone Hospital, 1121 N Church St, Greensboro, NC 27401
County: Guilford County

Phone number: (336) 832-7272

Defendant 12

Hickory Social security office
Address: 1501 US Highway 321 NW
Hickory North Carolina 28601
County: Catawba
Phone number: (800) 772-1213

Defendant 13
OrthoCarolina
Address: 5935 Carnegie Blvd Suite 200 Charlotte Nc 28209-4672
County: Mecklenburg
Phone number: (980) 299-4895

Defendant 14

OrthoCarolina Orthopedic
Address: 180 Kimel Park Dr, Winston-Salem, NC 27103
County: Forsyth
Phone number: (336) 659-3700

Defendant 15
Atrium Health Wake Forest Baptist | Rheumatology - Westchester
Address: 1814 Westchester Dr Suite 302, High Point, NC 27265
County: Guilford
Phone number: (336) 802-2170

Defendant 16
Privia medical group
Virginia family medicine
Address: 9401 Lee Hwy Ste 400 Fairfax, VA 22031
County:Fairfax
Phone number: (703)383-4836

Defendant 17
Inovaspine
Address: 3300 Gallows Rd, Falls Church, VA 22042
County: Fairfax
Phone number:(703) 776-4001

Defendant 18

Inova Neurology
7051 Heathcote Vlg Wy #203, Gainesville, VA 20155
County: Prince William
Phone number: (703) 391-4500

Defendant 19
Onehealthmedicalcare
1850 Town Center Dr #410, Reston, VA 20190
County: fairfax
Phone number:571-572-9198

Defendant 20
Ortho Virginia

1850 Town Center Dr #400 , Reston, VA 20190
County: Fairfax
Phone number: (703) 277-2663

Defendant 21
Walmart pharmacy
Walmart, 5885 Kingstowne Blvd, Alexandria, VA 22315
County: Fairfax
Phone number: (703) 924-8805

Defendant 22
Burke county social services
700 East Parker Road, Morganton, NC 28680
County: Burke
Phone number: (828) 764-9600

Defendant 23
The Health Plan
Address: 1110 Main Street, Wheeling, WV 26003
County: Ohio
1.888.847.7902

Defendant 24
Carefirst
Address: Canton Tower 1501 South Clinton Street, Baltimore, MD 21224
County:Baltimore
Phone number: 410-581-3000

Defendant 25
Blue cross and blue shield of north carolina

Address: P.O. Box 2291, Durham, NC 27702
County:Durham
Phone number:1 (888) 206-4697

Defendant 26
Anthem Healthkeepers
Address: 2015 Staples Mill Road, Richmond, VA 23230
County: Fairfax
Phone number: 804-354-7000

Defendant 27
Bright Healthcare
Address: 8000 Norman Center Dr Suite 1200, Minneapolis, MN 55437
County: Hennepin
Phone number:855-827-4448

Defendant 28
Healthsmart Pharmacy
Address: 3119 N Oxford St, Claremont, NC 28610
County: Catawba
Phone number: (828) 459-2149

Defendant 29
SpecOrtho
Address: 130 Crisanto Ave Ste B, Fort Mill, SC 29715
County: York
Phone number: (803) 548-6464

Defendant 30
Moses Cones sport medicine center
Address: 1131 N Church St, Greensboro, NC 27401
County:Guilford
Phone number: (336) 832-7867

Defendant 31
Neurology center
Address:1160 Varnum St NE Suite 204, Washington, Dc 20017-2103
County: Washington
Phone number: (301) 562-7200

Defendant 32
WakeMed Raleigh Campus Adult Emergency Room
Address 3000 New Bern Ave, Raleigh, NC 27610
County: Wake

Phone number (919) 350-8000

Defendant 33
DES Central Office Location:
Address: 700 Wade Avenue, Raleigh, NC 27605
County: Wake
Phone number (888) 737-0259

Defendant 34
Ups Store
Address: 905 us hwy 321 nw  Hickory Nc 28602
County: Catawba
Phone number: (828) 324-7111

Defendant 35
USPS
Address: 327 E Main Street Lincolnton NC 28092
County: Gaston
Phone number:(800) 275-8777

Defendant 36
Nc medical board
Address: 3127 Smoketree Ct, Raleigh, NC 27604
County: Wake
Phone number: : (800) 253-9653

Defendant 37
Nc whistle protection labor
Address: 1101 Mail Service Center, Raleigh, NC 27699-1101
Phone number: (1-800-625-2267)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Discrimination of Disability, ~~Manipulation, Retaliation, ~~ ~~conspiracy, against rights, false accusation,~~

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Discrimination of disability

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Catawba valley medical center er and medical records
810 Fairgrove Church Rd SE, Hickory, NC 28602 (828) 326-3000
11am -2 pm

October 13 2020
Brittany England shuffler and the ER nurse forced me to wear a sling and to make me take a
blood pressure cuff causing more injuries to my arm. They claimed nothing wrong with me and
to breathe in and out causing more damage to my blood vessels and made rude remarks to and
left me in a room by myself for 4 hours. My ehler danlos if one major vein is punctured I could
die because my body is fragile and sensitive, they cause more harm and damage . Add more
insults to me. I wasn't able to move my left arm any more because of her order and what Lynne
law forced upon me too. I have hypermobility. They got mad at me and claimed that I was faking
my pain and injuries so I could stay at the hospital and purposefully claim I was getting abused
when I didn't live anywhere. The nursing board didn't do anything and claimed it was an
employment issue. She purposefully put down a referral to asthma. I couldn't breathe all because
everyone damaged my blood vessels due to the blood pressure cuff and the inflammation to the
prednisone that Lynne Laws prescribed to me and not to mention it to the Ems on purpose.

I never received my medical records from the medical center and from the catawba valley family
medicine Claremont, Nc after 2020. They made excuses and excuses and changed and added
false information to my records to lose my workers comp case on purpose and exit out or delete
my online records from me seeing it constantly. Medical records read my records and refused to
give me my records and made excuses and stuff. Put false statements and claim I was pregnant
but I never had a real life boyfriend or constant sexual intercourse in 6 years due to the past
trauma against him and learn to be independent.


Catawba valley family medicine

Claremont (828) 459-7324

3114 W Main St, Claremont, NC 28610

October 6 2020 - on

Prevented me to go see rheumatology for my inflammation and lied to EMS that I was just on
anxiety medication. Nurse practitioner Lynne law Told my employer Valdese weaver about what
happened and tried to cover it up. Refused to give me my medical records or anything at all.
Change my return to work status from unavailable to months then week and purposefully with
one arm yet I need another arm fix. Whenever someone signs my medical release records this

clinic would snitch on me more toward my past employer. I have sent a message reporting them for lies and suffering.

Prescribe medication that causes inflammation and know I have nerve pain by pressing down on my nerve in the palm of my hand. Then refuse to listen to me that I have carpal tunnel because she knew all along about it. Then get mad and grouchy at me and cover it up and refuse to give me my neck when requested and everything. Made it seem like my inflammation was in my head and got to the point where I was misdiagnosed as Chronic Regional Pain Syndrome when it wasn't. I never was able to see a rheumatologist.

October 13 2021
Fryecare hospital ER
420 N Center St, Hickory, NC 28601 (828) 315-5000
9:00 p.m

I first went there and I felt discriminated against for being Asian and young for not being in pain for my disability. I had a nurse claim I had covid and told the elderly patient to not sit near me in that covid section it was awful. I had elderly old patient laugh and mock at me when I was crying extreme pain from the inflammation from prednisone.

 August 8 2021
FryeCare ER hospital
7p.m
I went to the Fryecare ER because I had blood drip down my leg and it was the same day that my grandpa passed away too. The medical care provider proceeded to touch my stomach and it felt pain and then claim I need to go to a mental hospital and there was nothing wrong with me. I told them the government was going to help me but realized they were against me too later on. I proceeded to run away because they were mean and nasty. I went to Er in Lincolnton, North Carolina atrium health tested me and saw I had inflammation and stuff and nasty infection and put me on Iv fluid.

10/16/2020 - January 2021

Emergeortho 503 E Parker Rd, Morganton, NC 28655 (828) 437-6500
Kyle Munday physician assistant
Front desk office and workers
Afternoons

They claimed that I didn't need surgery for my torn bicep tendon. Laugh and mock at me in pain. Refused to help me get any therapy or anything at all. Forced me to come back to them and stuff. Claim it work related and that I can't use my personal insurance at all. I wasn't able to have surgery because of the EMG nerve study. Doctor Dale Menard and Doctor Bell knew he couldn't help me because of my Employer Valdese Weaver. I was in so much pain due to my chronic fibromyalgia that I wasn't able to distinguish the pain in my arms because of it. I didn't know I have fibromyalgia and so forth until now.

10/23/2020
Emergeortho Physical Therapy
Vicki Bass
2165 Medical Park Dr, Hickory, NC 28602 (828) 324-2800
10 a.m
I went to Emergeortho Physical Therapy in Catawba county and came in around 8 am. The front desk clerical looks at each other weirdly and calls management when they see my name Pakuja Vang. Vicki Bass says that I can't come in and I have to pay out of pocket for physical therapy because my insurance can't cover it because it is work related. She told me to put down $200. I told them I haven't received my disability check yet.

10/23/2020- Jan 2021

Lincoln Financial Group

Address: 13830 Ballantyne Corporate Place Suite 400  Charlotte, NC 28277

County:

Phone number: 1-877-275-5462

https://www.linkedin.com/in/renata-johnson-01a36452
Harassed me and put false statement claiming I wasn't able to get any benefit because it was work related. Policy say if I was approve workercomp I wouldnt get any benefit. Force me to sign agreement benefit to used it against me. Constantly harassed me. Later find up the policy online until today. I was force to not received any income for 6 month and used up 4 credit cards and stimulus check to relay on that month October 2020- March 2021. It was the one of the most helpless and evil things that I ever felt from everyone. For false claim to tried to get me signed something that wasn't true.

1/6/2021

Frye Neurology 1985 Tate Blvd SE #600 Hickory, NC 28602 (828) 315-7030

Put false information claiming I had nothing wrong with me on my emg/testing so I could go back to work. Yet multi graph have show something else and numbers. If it was Normal there be no graph data at all. Research this information. The extreme pain and noises of the studies of each needle in my body. The medical assistant was rude and mean and laugh at me in pain. He made fun of me then proceed to the next room laughing and talking to a lady in the next room. Doctor Dale Menard came back and say Doctor Bell should figure out himself and that maybe it inflamed tendon or a pinch nerve. It was awful and the medical board did nothing as well.

6/3/2021

Novant Health Matthews Medical Center
Dr.Felton
15033 Ballancroft Pkwy #200, Charlotte, NC 28277
(704) 316-2920

I went all the way to Novant health rehab in Charlotte and explained to him I need help for my wrist, shoulder and neck and I'm in pain. He says he refers me to Charlotte Orthopedic to help me. When I gave him the stack of medical records he wrote something different on my chart. Dr.Felton didn't want to help me because of my legal situation and misdiagnosed me as well.

6/21/2021

Carolina EMG Specialists- 1899 Tate Blvd SE #2108, Hickory, NC 28602 (828) 327-6500
Carolina Emg- 19615 Liverpool Pkwy Cornelius, NC 28031 (704) 820- 4900

I called and recorded Linda Jones from the Carolina Emg in Hickory who deleted my appointment on purpose,
David Dumond didn't do my full test because  I was in full pain and claimed he did. He was scared because it was a work injury and it was stressful and painful. He only did one arm and not the other in the recorded statement. I filed a complaint to the board of physician assistant but they later had their own meeting on it. They never really message me or contact me back on it.

7/21/2021

SpecOrtho 130 Crisanto Ave Ste B, Fort Mill, SC 29715 (803) 548-6464

The medical assistant was really mean and nasty and saw them send my report paper to someone who wasn't in scrub or work there. It was really fishy and mean. I never received my medical records online because they exit me and out stuff. I went to pick up my medication at the healthsmart and they claim I didn't have any order to reduce my inflammation and stuff. Dr. Feltham was talking to someone outside and supposedly gave me the correct brace. I saw a lady with my records and gave it to me who wasn't in the scrub or anything at all.


7/26/2021
Gabriella Meyer MD
Lincoln internal medicine 607 S. Generals Blvd. Lincolnton NC 28092. (704)736-918


Didn't let me get my medical records and made me exit out of my records. Didn't send me to another orthopedic Or listen to my concerns and tried to write a letter to cover it up. Lied about my result claiming it was normal when it wasn't. Didn't refer me to orthopedic or knew anything about my injuries or anything. Was very awful!


8/2/ 2021
Privia medical group
Virginia family medicine
9401 Lee Hwy Ste 400 Fairfax, VA 22031
Phone number: (703)383-4836


Dr. Phu Pham


Refused to let me get genetic testing and denied I have ehler danlos which I did. Emotional trauma and almost lost hope in a good family doctor too. He laughs at me for getting misdiagnosed as chronic regional pain syndrome and calls me crazy. He didn't want to help me at all over a work injury.


8/25/2021
Cones internal medicine
Ground Floor - Moses Cone Hospital, 1121 N Church St, Greensboro, NC 27401


Doctor Joshua Chen didn't listen to me or bother to get genetic testing and put a false diagnosis about me having chronic regional pain syndrome because he was the worst doctor like the one in Virginia. He signed my medical release when I begged him not to. Then I did it on purpose where I wasn't able to get proper medical treatment. Then talk bad to me to his upper doctor in

the next room about me claiming I was crazy and laughing at me with him. Then record on his phone about me and stuff thinking I wouldn't even notice about what was going on. Where I never recieved my carpal tunnel surgery at all and was found seeking medical treatment. Get mad that I reported him to the board because he was the worst Doctor ever who violated my hippa and talked bad about me.

August 26 2021
Afternoon
Bryan J loeffler
OrthoCarolina
5935 Carnegie Blvd Suite 200
Charlotte Nc 28209-4672

Refused to help me and misdiagnosed me as well. It was awful and a waste of time due to my past medical and stuff. I was really upset as well.

9/1/2021
Moses Cones sport medicine center
1131 N Church St, Greensboro, NC 27401
Afternoon
Doctor Brian Atkinson warned me he couldn't help me or diagnose me on the phone and to not come back. Then online I was forced to come back and claim they can "help me". He warns me that the whistleblower protection government isn't helping me and is against me. I was furious and angry. Falsely put me as Chronic regional pain syndrome but it wasn't his fault because he hinted to me that someone was following me because I faxed and mailed the whistleblower protection program but realized I was fooled by them because they protect North Carolina and not me.

September 2 2021
11 am
OrthoCarolina Orthopedic
180 Kimel Park Dr, Winston-Salem, NC 27103
Adam M. Wegner

False diagnosis of chronic regional pain syndrome. Refuse to do anything with my carpal tunnel or surgery with my spine. Some Doctors told me to not come back to them because I think I will report to the house of special counsel about my insurance issues. They all suggest I go get a rheumatologist in the orthocarolina in Gastonia. The other two have harassed me about having chronic regional pain syndrome when I didn't at all.

September 2021- now
Hickory Social security office
1501 US Highway 321 NW
Hickory North Carolina 28601
(800) 772-1213

Jenifir Skippr
Disability Attorney Service

I never receive my social security on purpose and they never upload all my medical records on purpose. The Congressman of North Carolina claims he helped me but he never helped me or anything. I had a mental evaluation but not a physical examination.

It has been very difficult being homeless and sick with inflammation constantly. My social security law office Jenifir SKipper purposefully never updated my address and never answered my phone call or even care about my medical care symptoms and just made excuses. I told her multiple times that I don't want them as my attorney and that I figured out that only I can file it and save myself. It's been very frustrating being broke and homeless and fighting for my life. Now making excuses of my work credit when I work since I was 16-23 to the year I been disable.

Foothill disability Law
Jane Johnson
Po box 280
Catawba, Nc 28609

Trying to make me go see a mental evaluation to make my case build stronger. Had a bad feeling about her. First time that the hickory social security answered only towards her which was strange and knew it.

November 2021- June 2022
Bethany medical, High point North carolina
819 N. Main Street Suite #112
High Point, NC 27262
Phone: 336-289-2299

Didn't give me my records and harassed me and put false claims that I saw Doctor Beverly Lo and that I created multi charts when I didn't even know work there. Doctor Beverly Lo couldn't see me anymore due to realizing that she helped me put down that the government won't let me get any medical treatment and stuff.

Amber Johnson and Rebecca Garcia refuse to let me see Dr.Wheeler for diagnosis of my nerve damage in my spine to get any surgery. Follow me up the stairway. I wasn't allowed to get my medical records at all. Was really mean and evil and stuff.

January 13 2022

Atrium Health Wake Forest Baptist | Rheumatology - Westchester
1814 Westchester Dr Suite 302, High Point, NC 27265
Phone number (336) 802-2170
Doctor Aldona ziolkowska
She claimed I didn't have any disability of my fibromyalgia and that she forced me to get a test on purpose causing more pain in my body and claimed it was normal. It was awful experience and stuff about my blood test. Didn't bother to care about it either.

March 11 2022
Inova Neurology 12 am
7051 Heathcote Vlg Wy #203, Gainesville, VA 20155

Ibrahim M Hegab, MD signed my medical release and claimed it was normal but yet on recording he knew something was wrong with me. I went to see the Neurosurgeon but he didn't care either. He told me that I didn't have nerve damage and that I didn't need surgery but the other nurses told me I needed an orthopedic or something. They told me to get pain management or another orthopedic and that he cant help me or something.


Inova Spine
3300 Gallows Rd, Falls Church, VA 22042
(703) 776-4001


March 29 2022
Onehealth medical care.
Dr. Mingliarti Tjahjana
1850 Town Center Dr #410, Reston, VA 20190

She signed my medical release and knew I had 2 insurance and told my previous employer what orthopedic I was going to. Told me I need to go to psychiatric or I wont have my medication. I told her front desk to cancel it and she was mad because she said I spend one hour with you and want my money. Very money hungry and evil. She knew I had pain in my neck too. Very awful! I changed my insurance again. My back pain just needs physical therapy. Ask me who giving me medication for my pain.


April 7 2022
Ortho Virginia
4 pm
1850 Town Center Dr #400 , Reston, VA 20190
Behrang Mazahery

I went there and wait for one house and he started to examine me and was like u need to fix ur pain first before we fix that. He don't know what was wrong with me and who was my orthopedic for my carpal tunnel and stuff. I realize that Doctor Mingliarti Tjahjana told them I was going see them next . Then Behrang told me to go see spine and pain and they wouldn't want to help me either for a joint injection and stuff which is making me stress out too!

April 9 2022
Walmart pharmacy 4 pm
Walmart, 5885 Kingstowne Blvd, Alexandria, VA 22315
Lied and wouldn't give me any medication so I have to go to urgent care and ask and switch pharmacies for it. Ask my primary care doctor about it and she say it was canceled and stuff, I have no idea who cancel it on purpose.


August 8 2022 Thursday

Neurology center
1160 Varnum St NE Suite 204
Washington, Dc 20017-2103
Neal Kurzrok

He didn't listen to my concern or carefully examine me or cared about what medication I took. Then tried to cover it up and stuff. Exit me out of mychart and stuff and try to override what my hand orthopedic has helped me with. Force me to give him whom my rhuemtologist is, to give me my ehler danlos diagnosis and so forth.

August 25th 2022
WakeMed Raleigh Campus Adult Emergency Room
3000 New Bern Ave, Raleigh, NC 27610
7 p.m

I went there and had my medical records changed afterwards. I did ask for an outpatient to get surgery and stuff. They purposefully tried to force me to schedule for physical therapy when I was supposed to get a spine doctor for my spinal root issues. They told me I wasn't crazy and it was a difficult legal battle for me and that it was stressful and painful too with my nerve issues.


October 2020
Burke county social services
700 East Parker Road, Morganton, NC 28680

Claiming that I need short term disability to get food stamps or anything was very awful. Harassed me constantly about it.

I went to the catawba one and they gave it to me based on income right away. I got food benefits and stuff due to not having any money.

Valdese weaver health insurance
Health plan.org
The Health Plan
1110 Main Street
Wheeling, WV 26003
1.888.847.7902

Carefirst
Canton Tower 1501 South Clinton Street Baltimore, MD 21224
410-581-3000

Blue cross blue shield NC
P.O. Box 2291, Durham, NC 27702

Anthem health keeper
2015 Staples Mill Road, Richmond, VA 23230

Bright healthcare
8000 Norman Center Dr Suite 1200, Minneapolis, MN 55437

All their health insurance denied me to seek medical treatment or told whoever what places I was at.

Health smart pharmacy Claremont
3119 N Oxford St, Claremont, NC 28610

Never give me my prescription for anything at all. Not for my ointment for my arthritis or inflammation medication from south carolina orthopedic or anything. Just made excuses and excuses so I switched pharmacies.

.

North Carolina whistleblower protection

1101 Mail Service Center, Raleigh, NC 27699-1101

Send every medical record and evidence and retaliate against me. Follow me around and try to do things and be their own doctor against me.

Nc medical board
3127 Smoketree Ct, Raleigh, NC 27604

Refuse to give them any investigation or help me with my concern. Protect all the medical providers-from me.

Made excuses for the medical care providers who cause pain, negligence and suffering. Didn't bother to do anything.

DES Central Office Location:

700 Wade Avenue

Raleigh, NC 27605

Refuse to give me unemployment and say I own money when I wrote to them that I have no money and I have unemployment approved until March 2022. They lied and never gave me unemployment money ever since. Struggling still mentally and emotionally till this day.

Ups store

905 us hwy 321 nw  Hickory Nc 28602

Opened my mail and told my employer where I'm going to seek medical treatment from a rheumatologist in Virginia and who my new family doctor was.

Usps

327 E Main Street

Lincolnton NC 28092

Open my mail from Asheville court and stuff and retape it on purpose.

A.    Where did the events giving rise to your claim(s) occur?
        see attached paper for each claim.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I tore a bicep tendon which was never properly treated with surgery when diagnosed. It was inflamed constantly with pain when first torn. I tore a partial left wrist tendon.
I have carpal tunnel and elbow tennis in both of my hands. I finally received a steroid injection for carpal tunnel in my left wrist. Wasn't able to receive surgery for my ulnar nerve or carpal tunnel.
Received Occupational Therapy and Chronic Regional Pain Therapy which made it worse.

Pinched nerve in left wrist elbow and neck that became nerve damage. Wasn't able to get surgery right away.

Cervical disc Radiopathy, disc bulge, disc slip. Osteoarthritis in spine, Disc degenerative disease. Vitamin D deficiency, anemic & severe factor was Ehler danlos.

Steroid Injection in the spine and need surgery for a disc slipped which is causing delay.
Spinal root injury.

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Request money damages for over $77,000 for all the places for pain and suffering. I want the right to receive all my medical records and the injustice of having it change constantly or a false statement of being misdiagnosed. Consequence of never receiving my medical records or exit it out of my chart and signing my medical release on purpose. I purposefully never receive the correct medical care and delay of proper treatment. I request proper investigation for me and not against me. Right to get medical treatment and no more misdiagnose. Fix credit card, credit score and pay off medical bills for all the places I went to. I want an emergency court hearing in a higher court with the right to have protection and legal assistance. I shouldn't have faced this situation alone and have the right to have an attorney to represent me during my difficult painful journey. A right to get social security without any excuses or delays. The right to have some type of health insurance where I can get medication and treatment or surgery for my ongoing health condition.

The right to make a law or change so that future disabled workers or disabled young human beings don't ever face discrimination and to have a right for protection, income and a  lawyer. So many people have died without injustice and suffered greatly to make ends meet.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     1/9/2023

Signature of Plaintiff     *Pakuja Crystal Vang*
Printed Name of Plaintiff     Pakuja Crystal Vang

### B.     For Attorneys

Date of signing:

Signature of Attorney     _____

Printed Name of Attorney   _____

Bar Number               _____

Name of Law Firm       _____

Address                 _____

                      _____

| _City_ | _State_ | _Zip Code_ |
|---|---|---|

Telephone Number      _____

E-mail Address         _____